UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Dwight Harris, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 07-90 (CKK) |
| | : | |
| Alvin Goins, Jr., | : | |
| | : | |
| Defendant. | : | |

ORDER

The complaint in this case assigned as related to *Harris v. Goins*, Civil Action No. 06-2257, is identical to the earlier filed complaint. Accordingly, it is

ORDERED that this case is DISMISSED without prejudice as duplicative of Civil Action No. 06-2257; and it is

FURTHER ORDERED that the Order issued on January 12, 2007, granting leave to proceed *in forma pauperis*, assessing an initial partial filing fee and directing deductions from plaintiff's prison account toward the balance of the filing fee [Dkt. No. 5] is VACATED. The Clerk is directed to forward immediately a copy of this Order to plaintiff's custodian, who shall make no further deductions from plaintiff's account to satisfy the filing fee for this action.

SO ORDERED.

_____s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Date: January 25, 2007