DWIGHT HARRIS

    V

ALVIN GOINS JR.

Judge C.K. Kotelly
Case No. 07-0090 CKK
Next Court Date
Jan. 31, 2008

RECEIVED
JAN 23 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Motion to be Allowed a Telephone Conference hearing, for Initial Hearing and requesting an expected ruling on this motion.

Most Honorable Judge, C. K. Kotelly,
I am in a Drug Treatment Program, I committed myself the 31st of Dec. 2007.
I believe I can be more of an asset to my fellow citizens being free from drug addiction and a continue life in the criminal culture.
I beg this court to grant this motion so that I can try to prepare for the following court proceedings. I do know that I am not qualified to appropritely represent myself Pro-Se in your court against professional Bar members, and I do realize that being in this treatment fasility may hinder my structured time with the court but I will seek out the help from God because truthfully I don't know no where else to turn too, I have ask your Honor for representation from your panel of Lawyer Pro Bono but my previous motions were denied.
I beg this court to grant this motion
~~Proof of Service~~ ⚡ Proof of Certificate
I have mailed a copy to Mr. Wendell Robinson Attorney for Alvin Goins.

Submitted
Dwight Harris